IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DIGIMEDIA TECH, LLC, § § § *Plaintiff*, § § v. § § CASE NO. 2:23-cv-110-RWS-RSP XIAOMI CORPORATION, XIAOMI § H.K. LTD., XIAOMI § COMMUNICATIONS CO., LTD, AND § XIAOMI INC., § § *Defendant*. | |

## ORDER

Before the Court is the Notice of Dismissal filed by DigiMedia Tech, LLC. (Dkt. No. **44**.) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITH PREJUDICE. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**SIGNED this 25th day of June, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE